UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
732-866-6655

**Order Filed on November 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Keith Borusewicz

Case No.: _____19-23902_____

Chapter: 13

Judge: _____CMG_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 28, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____825.00_____ for services rendered and expenses in the amount of $_____14.27_____ for a total of $_____839.27_____ . The allowance shall be payable:

☑     through the Chapter 13 plan as an administrative priority.

❏     outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*